TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Nancy Fedri,*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nancy Fedri, | Case No.:  CV-15-01952-PHX-GMS |
| Plaintiff, | Hon. G. Murray Snow |
| vs. | |
| Trans Union, LLC, a Delaware limited liability company; and Chase Bank USA, N.A., a National Association, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Plaintiff and Defendant Trans Union, LLC (hereinafter referred to as "Trans Union"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed with prejudice against

1

Defendant Trans Union, only, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED this 15th day of April, 2016

    KENT LAW OFFICES

    By: /s/ Trinette G. Kent
    Trinette G. Kent
    *Attorney for Plaintiff*

    PHILLIP R. WOOTEN PC

    /s/ Philip R. Wooten .
    Phillip R. Wooten
    *Attorney for Defendant Trans Union*

    BRYAN CAVE LLP

    /s/ Robert W. Shely
    Robert W. Shely
    *Attorneys for Defendant Chase Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2016 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Ginny E. Webb<br>(Admitted *Pro Hac Vice*)<br>STRASBURGER & PRICE, LLP<br>2801 Network Blvd., Ste. 600<br>Frisco, TX 75034<br>(469) 287-3907<br>Fax (469-227-6581<br>ginny.webb@strasburger.com<br><br>and<br><br>Phillip R. Wooten<br>PHILLIP R. WOOTEN PC<br>3413 E. Equestrian Trail<br>Phoenix, AZ 85044-3403<br>(480) 598-4331<br>Phillip.wooten@azbar.org<br><br>*Attorneys for Defendant Trans Union* | Trinette G Kent<br>Kent Law Offices<br>10645 N Tatum Blvd., Ste. 200-192<br>Phoenix, AZ 85028<br>480-247-9644<br>Fax: 480-717-4781<br>Email: tkent@kentlawpc.com<br><br>*Attorneys for Plaintiff*<br><br>Robert W. Shely, (Arizona Bar No. 14261)<br>BRYAN CAVE LLP, #145700<br>Two North Central Avenue, Suite 2200<br>Phoenix, AZ 85004-4406<br>Telephone: (602) 364-7000<br>Facsimile: (602) 364-7070<br>E-Mail: rwshely@bryancave.com<br><br>*Attorneys for Defendant Chase Bank* |

/s/ Amber Gingiloski

3