TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

GARY D. NITZKIN (MI State Bar No P41155)
*Admitted Pro hac vice*
MICHIGAN CONSUMER CREDIT LAWYERS
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Nancy Fedri*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NANCY FEDRI,<br><br>         Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br>A Delaware limited liability company,<br>and CHASE BANK USA, N.A.,<br>a National Association,<br><br>         Defendants. | Case No.:  2:15-cv -01952-GMS<br><br><br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT CHASE BANK USA, N.A., <u>ONLY</u>** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, CHASE BANK USA, N.A.,

in the above-captioned case have reached a settlement.  The parties anticipate filing a

Stipulation of Dismissal with Prejudice as to Defendant, CHASE BANK USA, N.A., ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 6th day of July, 2016.

KENT LAW OFFICES

By:    /s/   Trinette G. Kent
Trinette G. Kent
Attorney for Plaintiff,
Nancy Fedri

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2016,  I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing on the following CM/ECF registrants:

| | |
|---|---|
| Trinette G Kent<br>Kent Law Offices<br>10645 N Tatum Blvd., Ste. 200-192<br>Phoenix, AZ 85028<br>480-247-9644<br>Fax: 480-717-4781<br>Email: tkent@kentlawpc.com<br><br>*Attorneys for Plaintiff* | Robert W. Shely<br>Shayna Fernandez Watts<br>Bryan Cave LLP<br>Two North Central Avenue, Suite 2200<br>Phoenix, AZ 85004-4406<br>Telephone: (602) 364-7000<br>Facsimile: (602) 364-7070<br>rwshely@bryancave.com<br>shayna.watts@bryancave.com<br><br>*Attorneys for Defendant Chase Bank USA,<br>N.A.* |

By:    /s/ Janice M. Moser